JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN JAID ALVAREZ,<br><br>    Petitioner,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | No. 5-25-cv-01761-WLH<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 21, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE